**Robert HILL, Movant,**

v.

**COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

June 1, 1962.

Rehearing Denied Sept. 21, 1962.

Damon A. Vaughn, Dixon, for appellant.

John B. Breckinridge, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This case is before us on motion for an appeal of a conviction for possession of alcoholic beverages for sale in dry territory, for which the movant, Robert Hill, was fined $100 and sentenced to sixty days in jail.

After a careful review of the record, the motion for an appeal is overruled and the judgment is affirmed.